UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                         :

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,                         :

                       Plaintiff,    :           24-CV-4135 (VSB)

                                 :

           -against-          :           **ORDER**

                                 :

AMCO HOLDING LLC, *et al.*,      :

                                 :

                  Defendants.  :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on May 30, 2024, (Doc. 1), and filed an affidavit of service as to

Defendant New York City Environmental Control Board ("NYCECB") on June 13, 2024, (Doc.

9).  The deadline for NYCECB to respond to Plaintiff's complaint was June 25, 2024.  To date,

NYCECB has not appeared or responded to the complaint.  Plaintiff, however, has taken no

action to prosecute this case against NYCECB.  Accordingly, if Plaintiff intends to seek a default

judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and

Practices in Civil Cases by no later than July 17, 2024.  If Plaintiff fails to do so or otherwise

demonstrate that it intends to prosecute this litigation against NYCECB, I may dismiss NYCECB

for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 11, 2024
         New York, New York

                                    VERNON S. BRODERICK
                                  United States District Judge